UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No: CR11-0769 JW |
| Plaintiff, | |
| v. | ORDER RE DETENTION |
| CORY BUTLER, | |
| Defendant. | |

This matter came before the Court on January 26, 2012 for detention hearing in connection with a charge of violating supervised release conditions. Defendant Cory Butler was represented by Rita Bosworth.

As this matter involves an alleged violation of the terms of Defendant's supervised release, Defendant bears the burden of showing by clear and convincing evidence that he does not pose a risk of flight and is not a danger to the safety of another person or the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994); 18 U.S.C. § 3143(a). After conducting a detention hearing, and carefully considering the proffers from the parties and the Probation Department, the Court found that Defendant poses a risk of flight and that he poses a danger to another person or the community. The Court's

findings were based, in part, on Defendant's arrest for forging prescriptions, among other things, less than four months after his supervision had commenced and that he was found outside the Northern District of California without permission.

DATED: February 1, 2012

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE